# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANI LINDHOLM, | 1:16-cv-01821-LJO-SAB |
| Plaintiff, | **ORDER** |
| v. | |
| THE HOME DEPOT, INC.; HOME DEPOT U.S.A., INC.; and DOES 1 through 50 Inclusive, | |
| Defendants. | |

Having considered the above Stipulation and good cause appearing therefore, the Court makes the following Orders:

The claim for general damages presented in the Complaint of DANI LINDHOLM filed on October 26, 2016, is limited, as hereinafter stated:

1. No claim shall be made for mental and/or emotional distress over and above that usually associated with the physical injuries claimed; and,

2. No expert testimony regarding the aforementioned mental and emotional distress shall be presented at Trial in support of such claim for emotional distress damages.

IT IS SO ORDERED.

Dated: **May 17, 2017**

UNITED STATES MAGISTRATE JUDGE