IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| DANI LINDHOLM, | CASE: 1:16–CV–01821–DWM |
|---|---|
| Plaintiff, | ORDER DISMISSING CASE |
| vs. | |
| THE HOME DEPOT, INC.; HOME DEPOT U.S.A., INC; and DOES 1 through 50 inclusive, | |
| Defendants. | |

The parties have stipulated to the dismissal of this action pursuant to Rule 41(a), (Doc. 20),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The trial set for February 27, 2018, is VACATED. The Court declines to exercise continuing jurisdiction over the settlement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this 11 day of September, 2017.

_____
Donald W. Molloy, District Judge
United States District Court